IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **In re: Aubrey Vernard Banks,** | * | |
| **Debtor,** | * | |
| | * | **Chapter 13** |
| | * | **Case No.:** |
| **Jonathan DeLoach,** | * | |
| **Trustee.** | * | |

**DEBTOR'S AFFIDAVIT IN REGARDS TO 11 U.S.C. §521(a)(1)(B)(iv)**

COMES NOW, Debtor, Aubrey Vernard Banks, and by and through his/her attorney, files this his/her Affidavit in Regards to 11 U.S.C. §521(a)(1)(B)(iv) and states as follows:

1.

I am the Debtor in the above-referenced Chapter 13 Case.

2.

I do not possess payment advices or other evidence of payment received from any employer as referred to in 11 U.S.C. §521(a)(1)(B)(iv) in the sixty (60) days prior to the filing of the above-referenced case due to my being self-employed, therefore, I do not possess payment advices to file with the Court.

/s/ Aubrey Vernard Banks
Aubrey Vernard Banks

Sworn to and subscribed before me this
4th day of April, 2023.

/s/ Angela D. Scurry
Notary Public for the State of Georgia
My commission expires: October 12, 2026