UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Aubrey Vernard Banks<br>18 Lakeview Court<br>Adel, GA 31620 | Chapter 13<br><br>Case No: 23-70336-JTL |

NOTICE OF OBJECTION TO CONFIRMATION

THE CHAPTER 13 TRUSTEE, JONATHAN W. DELOACH, HAS FILED DOCUMENTS WITH THE UNITED STATES BANKRUPTCY COURT, P.O. BOX 2147, COLUMBUS, GA 31902 (706) 649-7837 TO DENY CONFIRMATION OF YOUR CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. SECTION 1324.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the objection may be obtained upon written request to counsel for the Chapter 13 Trustee, Jonathan W. DeLoach or at the Clerk's office.**

If you do not want the court to deny confirmation, or if you want the court to consider your views on the objection, then you or your attorney should attend the hearing scheduled to be held on:

**June 27, 2023 at 12:00 pm located at:**
**U.S. Courtroom, 2nd Floor**
**U.S. Courthouse**
**401 N. Patterson Street**
**Valdosta, GA 31601**

Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to M.D.GA. LBR 9004-1(C).

This 9th day of May 2023.

/s/ Jonathan W. DeLoach
Jonathan W. DeLoach
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Aubrey Vernard Banks<br>18 Lakeview Court<br>Adel, GA 31620 | Chapter 13<br><br>Case No: 23-70336-JTL |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

Aubrey Vernard Banks
18 Lakeview Court
Adel,GA 31620

(Debtor)

Hall & Mullis, Pc

(Counsel for Debtor)

This 9th day of May 2023.

/s/ Jonathan W. DeLoach

Jonathan W. DeLoach
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Aubrey Vernard Banks<br>18 Lakeview Court<br>Adel, GA 31620 | Chapter 13<br><br>Case No: 23-70336-JTL |

OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee and shows the following:

The Debtor owns two (2) business ventures: Musicheads, LLC and The Tailored Firm GA, LLC. He should amend Schedule A/B to disclose his ownership interests.

WHEREFORE, the Trustee prays that confirmation of the Chapter 13 plan be denied.

This 9th day of May 2023.

/s/ Jonathan W. DeLoach

Jonathan W. DeLoach
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Aubrey Vernard Banks<br>18 Lakeview Court<br>Adel, GA 31620 | Chapter 13<br><br>Case No: 23-70336-JTL |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

Aubrey Vernard Banks
18 Lakeview Court
Adel,GA 31620

(Debtor)

Hall & Mullis, Pc

(Counsel for Debtor)

This 9th day of May 2023.

/s/ Jonathan W. DeLoach

Jonathan W. DeLoach
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com